UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-23535-DPG

HOWARD COHAN,

     Plaintiff,

vs.

SUNSHINE DADE INVESTMENTS LLC,
a Florida Limited Liability Company,
d/b/a SHELL,

     Defendant(s).

_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, HOWARD COHAN and the Defendant, SUNSHINE DADE INVESTMENTS LLC, a Florida Limited Liability Company, d/b/a SHELL, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against SUNSHINE DADE INVESTMENTS LLC, a Florida Limited Liability Company, d/b/a SHELL; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

     RESPECTFULLY SUBMITTED December 19, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ Raphael Margenberg**
EDWARD S. POLK
Florida Bar No.: 239860
RAPHAEL MARJENBERG
Florida Bar No.: 1049298
COLE, SCOTT & KISSANE, P.A.
Counsel for Defendant
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256
Telephone (305) 350-5338
Facsimile (305) 373-2294
Primary e-mail: edward.polk@csklegal.com

Secondary
e-mail: raphael.marjenberg@csklegal.com
alternate
e-mail: danise.townsend@csklegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

  /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**

2